Robert H. Ramsey et al., Appellants, v. May U. Conoley, Appellees.

An Appeal from a Decree of the Circuit Court within and for the County of Orange.

Appeal dismissed on motion of counsel for Appellees.

*Arthur F. Odlin,* for Appellants;

*Robinson & Bridges* and *Dickinson & Dickinson,* for Appellees.

---

The City of Key West, Plaintiff in Error, v. Emma E. Torano, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Monroe.

Writ of Error dismissed on motion of counsel for Defendant in Error.

*Wm. H. Malone,* for Plaintiff in Error;

*W. Hunt Harris,* for Defendant in Error.